# Exhibit A
Email to Plaintiff



**Ephraim Siff -State Police-** <ephraim.siff@maryland.gov>

# Re: Request For Consent | Ogunsula vs Maryland State Police, 1:20-cv-02568-ELH
1 message

**Ephraim Siff -State Police-** <ephraim.siff@maryland.gov>  Thu, May 27, 2021 at 8:48 AM
To: Veronica Ogunsula <ogunsulav@gmail.com>

Ms. Ogunsula,

I apologize, but without seeing the precise proposed amendments, I can not consent.


--
Ephraim R. Siff
Assistant Attorney General
Maryland Department of State Police
(410) 653-4437


On Thu, May 27, 2021 at 7:13 AM Veronica Ogunsula <ogunsulav@gmail.com> wrote:
> Dear Mr. Siff,
>
> I hope you are well. I am the plaintiff in the above referenced action. I am contacting you to request consent to file an amended complaint. The complaint corrects two typos in date references, adds "individual capacity" to one defendant and also adds an additional defendant.
>
> If you have any questions, please contact me.
>
> Sincerely,
>
> Veronica Ogunsula
> 240-486-1427
> OgunsulaV@gmail.com